IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00238-PSF-MJW

AMERICAN INTERNATIONAL GROUP, INC., a Delaware corporation,

Plaintiff(s),

v.

AMERICAN INTERNATIONAL HOLDING, LLC., d/b/a American International Depository and Trust, a Colorado corporation, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Plaintiff's Motion for Leave to Amend Complaint and Add Parties, filed with the Court on June 14, 2006, (DN 19), is GRANTED and shall be deemed filed as of the date of this Minute Order.  The Plaintiff shall forthwith file their Amended Complaint with the Court to reflect the addition of James and XO Communications as Defendants in this matter.

Date:  July 12, 2006