IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

---

AMERICAN INTERNATIONAL GROUP, INC.
(a Delaware corporation),

Plaintiff,

v.                                                          Civil Action No. 06-CV-00238-PSF-MJW

AMERICAN INTERNATIONAL HOLDING LLC
d/b/a American International Depository & Trust
(a Colorado corporation),
EDGAR JERRY JAMES (an individual), and
XO COMMUNICATIONS
(a Delaware corporation),

Defendants.

---

### ORDER VACATING SEPTEMBER 1, 2006 EXPERT DISCLOSURE DATE AND GRANTING THE PARTIES UNTIL SEPTEMBER 15, 2006 TO SUBMIT A REVISED SCHEDULING ORDER

( Docket No 27 )

---

THIS MATTER having come before the Court upon American International Group, Inc.'s ("AIG") and American International Holding LLC's ("AIH") Joint Motion to Vacate Expert Disclosure Deadline and to Submit Revised Scheduling Order, and the Court being fully advised in the premises;

HEREBY ORDERS:

The September 1, 2006 expert disclosure deadline is vacated and the parties shall have to and including September 15, 2006 to submit a revised proposed scheduling order to this Court.

Dated: September 5, 2006

By the Court:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE