IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00238-PSF-MJW

AMERICAN INTERNATIONAL GROUP, INC., a Delaware corporation,

Plaintiff(s),

v.

AMERICAN INTERNATIONAL HOLDING, LLC., d/b/a American International Depository and Trust, a Colorado corporation, et al.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion Submitting Proposed Revised Scheduling Order (docket no. 35) is GRANTED. The Revised Scheduling Order is APPROVED as amended in paragraph 10 b and made an Order of Court.

It is FURTHER ORDERED that a status conference is set on November 8, 2006, at 9:00 a.m. before Magistrate Judge Watanabe. At the status conference, the parties shall be prepared to orally update the court on the status of discovery, the need to set a settlement conference and the need to set a final pretrial conference. Moreover, Plaintiff shall show cause why the case against defendant Jerry James should be dismissed for lack of service.

It is FURTHER ORDERED that Plaintiff shall forthwith serve defendant Jerry James and forthwith file proof of service with the court.

Date: September 19, 2006