IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

---

AMERICAN INTERNATIONAL GROUP, INC.
(a Delaware corporation),

Plaintiff,

v.                                                                  Civil Action No. 06-CV-00238-PSF-MJW

AMERICAN INTERNATIONAL HOLDING LLC
d/b/a American International Depository & Trust
(a Colorado corporation),
EDGAR JERRY JAMES (an individual), and
XO COMMUNICATIONS
(a Delaware corporation),

Defendants.

---

**ORDER PERMITTING AIG REPRESENTATIVE AND AIG'S CHICAGO COUNSEL TO APPEAR BY TELEPHONE AT THE DECEMBER 18, 2006 STATUS/SETTLEMENT CONFERENCE**
( Docket No. 50 )

---

THIS MATTER having come before the Court upon American International Group, Inc.'s ("AIG") Unopposed Motion for AIG Representative and AIG's Chicago Counsel to Appear by Telephone At The December 18, 2006 Status/Settlement Conference, and the Court being fully advised in the premises;

HEREBY ORDERS:

AIG representative, Elizabeth Pearce, and AIG's Chicago trademark counsel, Mark Liss, shall appear by telephone at the December 18, 2006 status/settlement conference and AIG's local counsel, John D. Martin, shall appear in person.

DATED: December 12, 2006         BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO