## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC. )<br>(a Delaware corporation), )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>AMERICAN INTERNATIONAL HOLDING LLC )<br>d/b/a American International Depository & Trust )<br>(a Colorado corporation), )<br>EDGAR JERRY JAMES (an individual), and )<br>XO COMMUNICATIONS )<br>(a Delaware corporation), )<br> )<br>Defendants. ) | Civil Action No. :<br>06-cv-00238-PSF-MJW |

### AGREED FINAL ORDER AND DISMISSAL

This matter comes before the Court on the Joint Motion of the parties hereto for entry of a Final Order and Dismissal.

Pursuant to the terms of the Settlement Agreement, Defendant American International Holding LLC (AIH), without admitting any liability or wrongful conduct, has agreed as follows:

a. To permanently discontinue any and all use any nature of any name, mark or symbol containing "AMERICAN INTERNATIONAL" or anything confusingly similar thereto, including any name, mark or symbol containing "AMERICAN" or "AMERICA" and "INTERNATIONAL" on any website it controls or internet advertising material including that currently displayed at www.aidtbank.com and/or www.aidtprivatebank.com by January 31, 2007. As an alternative, AIH may continue its use of "AMERICAN INTERNATIONAL" as shown on its current website located at aidtbank.com and/or aidtprivatebank.com until June 30, 2007, if, on the homepage of its website, it immediately prominently displays the following disclaimer:

"American International Depository and Trust is a banking institution, chartered and regulated under the Colorado Foreign Capital Depository Act and the Colorado Banking Board. It is not connected with, sponsored by or affiliated with American International Group, Inc. of New York, (AIG), or any of its member companies."

Such disclaimer shall be prominently displayed in the same style, type and font as where is currently displayed the following: "American International Depository and Trust is a banking institution, chartered and regulated under the Colorado Foreign Capital Depository Act and the Colorado Banking Board."

    b. To permanently discontinue all use of any nature of any name, mark or symbol containing "AMERICAN INTERNATIONAL" or anything confusingly similar thereto, including any name, mark or symbol including both "AMERICAN" or "AMERICA" and "INTERNATIONAL" by June 30, 2007;

    c. To not register or attempt to register any domain name that contains "AMERICAN INTERNATIONAL" and/or "AIG", and/or anything confusingly similar thereto including any name that contains both "AMERICAN" or "AMERICA" and "INTERNATIONAL".

    d. To transfer the domain name www.americaninternationalbanc.com and any other domain name owned by AIH that includes "AMERICAN INTERNATIONAL" and "AIG" to Plaintiff within 30 days of execution of the Settlement Agreement by all parties.

    e. To provide Plaintiff, through its attorneys, an Affidavit by July 15, 2007, sworn to under oath by an officer of AIH representing and warranting that all use of "AMERICAN INTERNATIONAL" or anything confusingly similar thereto of any nature whatsoever had been discontinued by the June 30, 2007 deadline.

Pursuant to the terms of the Settlement Agreement, Plaintiff, American International, Inc., agrees:

    a. To not object to AIH's use of "AMERICAN INTERCAPITAL" or the name "AMERICAN INTERCAPITAL DEPOSITORY AND TRUST"; and

    b. To not object to AIH's use of "AIDT" and the domain names www.aidtprivatebank.com and www.aidtbank.com.

NOW THEREFORE, the Court having jurisdiction over the parties in the subject matter, it is hereby ordered as follows:

1. The terms of the Settlement Agreement described above are incorporated herein and made a part of this Order;

2. The Court shall retain jurisdiction over any and all proceedings arising out of or related to the enforcement of the terms of the Settlement Agreement, as stipulated by the parties in the Settlement Agreement;

3. All claims against E. Jerry James are dismissed with prejudice;

4. This case is hereby dismissed with prejudice with each party to bear its own costs and fees.

IT IS SO ORDERED.

Dated: 1/30/07

United States Judge